1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   MELVIN OSHA JONES,                    )   No. CV 17-3471-FMO (AGR)
                                            )
12                       Petitioner,        )
                                            )   JUDGMENT
13            v.                            )
                                            )
14   C. PFEIFFER,                           )
                                            )
15                       Respondent.        )
                                            )
16   _____

17

18       Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

19       IT IS ADJUDGED that the Petition is summarily dismissed.

20

21

     DATED: May 22, 2017                                   /s/
22                                              FERNANDO M. OLGUIN
                                                United States District Judge
23

24

25

26

27

28